IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
September 29, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

| | | |
|---|---|---|
| Wakeel Abdul-Sabur, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:26-cv-000714 |
| | ) | |
| Commonwealth of Virginia, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION AND ORDER**

Petitioner, Wakeel Abdul-Sabur, filed this *pro se* petition seeking a writ of habeas corpus under 28 U.S.C. § 2254. (Dkt. 1.) Abdul-Sabur challenges convictions entered by the Circuit Court for Albermarle County in 1999. Court records indicate that he previously filed multiple petitions challenging the same convictions. (*See* Civil Action Nos. 7:08-cv-00230, 7:14-cv-00147, 7:15-cv-00232, 7:15-cv-00695, 7:18-cv-00367, 7:19-cv-000035.) Thus, the current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition. Under this section, a federal district court may consider a second or successive petition only when the United States Court of Appeals for the Fourth Circuit certifies that the claims asserted meet certain criteria. *Id.* Abdul-Sabur does not include any reference to the required certification from the Court of Appeals for the Fourth Circuit. Accordingly, the court **DISMISSES** this petition without prejudice as successive. Based upon the finding that Abdul-Sabur has not made the required substantial showing of denial of a constitutional right as required by 28 U.S.C. § 2253(c), the court **DENIES** a certificate of appealability.

The Clerk is **DIRECTED** to mail a copy of this Memorandum Opinion and Order to Abdul-Sabur.

**IT IS SO ORDERED.**

**ENTERED** this 29th day of September, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE